# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:21CR306 |
| § | |
| EDUARDO VILLAREAL-RAMOS (1) § | |

## PROFFERED EVIDENCE AND WITNESSES RELATED TO DETENTION HEARING DATED 11/15/2021

GOVERNMENT WITNESS:

1. James Wickham

DEFENDANT WITNESS:

1. Karla Pedraza

DEFENDANT EXHIBITS:

1. Photographs
2. Character letters